**Order filed October 4, 2018.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-00664-CV
_____

**CITY OF HOUSTON, TEXAS, Appellant**

**V.**

**THE COMMONS AT LAKE HOUSTON, LTD, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1109638**

---

## ORDER

The reporter's record in this case was originally due **August 13, 2018**. *See* Tex. R. App. P. 35.1. We granted an extension through **September 28, 2018**. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Lettie Witter**, the court reporter, to file the record in this appeal **within 15 days** of the date of this order. No further extension will be entertained

absent exceptional circumstances.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Lettie Witter** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM